# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burke, Liles C. | U.S. District Court, Northern District of Alabama | 03/19/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

101 Holmes Avenue NE
Huntsville, AL 35801

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Major | Alabama Army National Guard |
| 2. | Board Member | Marshall County Healthcare Authority |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Alabama Army National Guard | $13,984.52 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Arab Tribune, LLC, Advertising Sales |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Peoples Bank of North Alabama | Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Bank (cash) | | None | M | T | | | | | |
| 3. Peoples Bank of North Alabama (cash) | A | Interest | K | T | | | | | |
| 4. Citizens Bank and Trust (cash) (X) | | None | J | T | | | | | |
| 5. Investment Property: New York, NY | F | Rent | P1 | W | | | | | |
| 6. Investment Property: Guntersville, AL | | None | O | W | | | | | |
| 7. Rental Property: Orange Beach, Alabama | E | Rent | N | W | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Morgan Stanley Bank N.A. (cash) | A | Interest | K | T | | | | | |
| 10. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 11. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 12. AON PLC SHS CL-A (AON) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 13. Amgen Inc (AMGN) | A | Dividend | | | Sold | 03/13/19 | J | | |
| 14. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 15. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 16. Becton Dickinson & Co (BDX) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 17. Bank of New York Mellon Corp (BK) | A | Dividend | | | Sold | 05/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Boeing Co (BA) | A | Dividend | J | T | | | | | |
| 19. Caterpillar Inc (CAT) | A | Dividend | | | Sold | 05/16/19 | J | | |
| 20. Cisco Sys Inc (CSCO) | A | Dividend | J | T | | | | | |
| 21. Citigroup Inc New (C) | | None | | | Sold | 01/04/19 | J | A | |
| 22. Comcast Corp (NEW) Class A (CMCSA) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 23. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 24. Fedex Corp (FDX) | A | Dividend | | | Sold | 03/20/19 | J | | |
| 25. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 26. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 27. HP Inc Com (HPQ) | A | Dividend | J | T | Sold<br>(part) | 09/12/19 | J | | |
| 28. Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 29. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 30. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 31. Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | | | | | |
| 32. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 33. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 34. MetLife Incorporated (MET) | A | Dividend | J | T | Buy | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 36.  Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 37.  Nike Inc B (NKE) | A | Dividend | J | T | | | | | |
| 38.  Oracle Corp (ORCL) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 39.  Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 40.  Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 41.  Raytheon Co (New) (RTN) | A | Dividend | J | T | | | | | |
| 42.  Royal Caribbean Cruises LTD (RCL) | A | Dividend | J | T | | | | | |
| 43.  Schlumberger LTD (SLB) | A | Dividend | | | Sold | 01/04/19 | J | | |
| 44.  Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 45.  Travelers Companies Inc Com (TRV) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 46.  United Health Group Inc (UNH) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 47.  Walmart Inc (WMT) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 48.  Omnicom Group Inc/Omnicom Capital Inc<br>Bonds (682134AC5) | A | Interest | J | T | Redeemed<br>(part) | 08/01/19 | J | | |
| 49.  Sysco Corp. Bonds | A | Interest | J | T | | | | | |
| 50.  JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 51.  HP Inc. Bonds | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs Group Inc. Bonds | A | Interest | J | T | | | | | |
| 53. Amgen Inc, Bonds | A | Interest | J | T | | | | | |
| 54. Morgan Stanley Bonds | A | Interest | J | T | Buy | 01/30/19 | J | | |
| 55. Agilent Technologies Inc. Bonds | A | Interest | J | T | | | | | |
| 56. Tyson Foods Inc. Bonds | A | Interest | J | T | | | | | |
| 57. Thomson Reuters Corp. Bonds | A | Interest | J | T | | | | | |
| 58. Verizon Communications Inc. Bonds | A | Interest | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 59. American Express Co. Bonds | A | Interest | J | T | | | | | |
| 60. Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 61. Analog Devices Inc. Bonds | A | Interest | J | T | | | | | |
| 62. Omnicom Group Inc/Omnicom Capital Inc. (68217FAAO) | A | Interest | J | T | Buy | 08/01/19 | J | | |
| 63. IRA #2 (H) | | | | | | | | | |
| 64. Morgan Stanley Bank N.A. (cash) | A | Interest | J | T | | | | | |
| 65. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 66. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 67. Amgen Inc (AMGN) | | None | | | Sold | 02/19/19 | J | A | |
| 68. Bank of New York Mellon Corp (BK) | A | Dividend | | | Sold | 05/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   Caterpillar Inc (CAT) | A | Dividend | | | Sold | 08/16/19 | J | | |
| 70.   Citigroup Inc New (C) | | None | | | Sold | 01/04/19 | J | A | |
| 71.   Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 72.   Comcast Corp (NEW) Class A (CMCSA) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 73.   Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 74.   Fedex Corp (FDX) | A | Dividend | | | Sold | 03/20/19 | J | | |
| 75.   Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 76.   Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 10/15/19 | J | | |
| 77.   JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 78.   Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | | | | | |
| 79.   Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 80.   Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 81.   MetLife Incorporated (MET) | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 82.   Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 83.   Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 84.   Nike Inc B (NKE) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 85.   Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 87.  Prudential Financial Inc (PRU) | A | Dividend | J | T | | | | | |
| 88.  Raytheon Co (New) (RTN) | A | Dividend | J | T | | | | | |
| 89.  UnitedHealth GP Inc (UNH) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 90.  Verizon Communications (VZ) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 91.  Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 92.  Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | Redeemed (part) | 08/01/19 | J | | |
| 93.  JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 94.  Dow Chemical Co. Bonds | A | Interest | J | T | | | | | |
| 95.  Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 96.  Partnership #1 (H) | | | | | | | | | |
| 97.  Morgan Stanley Bank N.A (cash) | A | Interest | J | T | | | | | |
| 98.  Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 99.  American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 100.  Automatic Data Processing In (ADP) | A | Dividend | J | T | | | | | |
| 101.  Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 102.  Bank of New York Mellon Corp (BK) | A | Dividend | | | Sold | 05/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Becton Dickinson & Co (BDX) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 104.  Boeing Co (BA) | A | Dividend | J | T | | | | | |
| 105.  Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 106.  Fedex Corp (FDX) | A | Dividend | | | Sold | 03/20/19 | J | | |
| 107.  Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 108.  Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 10/15/19 | J | | |
| 109.  JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 110.  Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | Sold | 01/07/19 | J | C | |
| 111. | | | | | Buy | 04/02/19 | J | | |
| 112.  Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 113.  Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 114.  MetLife Incorporated (MET) | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 115.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 116.  Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 117.  Nike Inc B (NKE) | A | Dividend | J | T | | | | | |
| 118.  Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 119.  Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Raytheon Co (New) (RTN) | A | Dividend | J | T | | | | | |
| 121.  Royal Caribbean Cruises LTD (RCL) | A | Dividend | J | T | | | | | |
| 122.  Schlumberger LTD (SLB) | | None | | | Sold | 01/04/19 | J | | |
| 123.  Suntrust Bks (STI) | | None | | | Sold | 01/07/19 | J | B | |
| 124.  Travelers Companies Inc Com (TRV) | A | Dividend | J | T | | | | | |
| 125.  United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 126.  Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 127.  Marriott International Bonds | A | Interest | | | Redeemed | 03/01/19 | J | A | |
| 128.  Bank of America Bonds | A | Interest | | | Redeemed | 08/15/19 | J | | |
| 129.  Hillshire Brand Co. Bonds | A | Interest | J | T | | | | | |
| 130.  JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | |
| 131.  Vornado Realty LP Bonds | A | Interest | | | Redeemed | 04/01/19 | J | A | |
| 132.  Agilent Technologies Inc. Bonds | A | Interest | J | T | | | | | |
| 133.  Wells Fargo & Company Bonds | A | Interest | J | T | | | | | |
| 134.  Marriot International INC/MD 3.125 (57193AV5) | A | Interest | J | T | Buy | 03/04/19 | J | | |
| 135.  American Express Co. Bonds | A | Interest | J | T | | | | | |
| 136.  Verizon Communications Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  CVS Health Corp. Bonds | A | Interest | J | T | | | | | |
| 138.  MetLife Inc. Bonds | A | Interest | J | T | | | | | |
| 139.  Aon PLC Bonds | A | Interest | J | T | | | | | |
| 140.  Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | | | | | |
| 141.  Sysco Corporation Bonds | A | Interest | J | T | | | | | |
| 142.  Southern Power Co. Bonds | A | Interest | J | T | | | | | |
| 143.  Equifax Inc. Bonds | A | Interest | J | T | | | | | |
| 144.  Quest Diagnostics Inc. | A | Interest | J | T | Buy | 04/02/19 | J | | |
| 145.  3M Company | | None | | | Buy | 04/02/19 | J | | |
| 146. | | | | | Sold | 04/26/19 | J | | |
| 147.  Trust #1 (H) | | | | | | | | | |
| 148.  Morgan Stanley Bank N.A (cash) | A | Interest | M | T | | | | | |
| 149.  Abbott Laboratories (ABT) | A | Dividend | K | T | | | | | |
| 150.  Alphabet Inc Cl C (GOOG) | | None | K | T | | | | | |
| 151.  American Express Co (AXP) | A | Dividend | K | T | | | | | |
| 152.  AON PLC SHS CL-A (AON) | A | Dividend | K | T | Buy | 03/25/19 | K | | |
| 153.  Amgen Inc (AMGN) | A | Dividend | | | Sold | 03/15/19 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 155. Bank of America Corp (BAC) | A | Dividend | K | T | | | | | |
| 156. Becton Dickinson & Co (BDX) | A | Dividend | J | T | Buy | 03/20/19 | K | | |
| 157. Chevron Corp (CVX) | | None | K | T | Buy | 12/10/19 | K | | |
| 158. Cisco Sys Inc (CSCO) | A | Dividend | K | T | | | | | |
| 159. Comcast Corp (New) Class A (CMCSA) | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 160. Citigroup Inc New (C) | A | Dividend | | | Sold | 09/03/19 | K | C | |
| 161. Citizens Financial Group Inc (CFG) | | None | | | Sold | 01/04/19 | K | D | |
| 162. Exxon Mobil Corp (XOM) | B | Dividend | | | Sold | 12/10/19 | K | | |
| 163. Fedex Corp (FDX) | A | Dividend | | | Sold | 03/20/19 | J | | |
| 164. Home Depot Inc (HD) | B | Dividend | K | T | | | | | |
| 165. Honeywell International Inc (HON) | A | Dividend | K | T | | | | | |
| 166. HP Inc Com (HPQ) | B | Dividend | | | Sold | 09/12/19 | K | D | |
| 167. Johnson & Johnson (JNJ) | A | Dividend | | | Buy | 01/09/19 | K | | |
| 168. | | | | | Sold | 10/15/19 | K | A | |
| 169. JPMorgan Chase & Co (JPM) | B | Dividend | L | T | | | | | |
| 170. Keurig Dr Pepper Inc (KDP) | A | Dividend | K | T | Buy | 10/02/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Lockheed Martin Corp (LMT) | A | Dividend | K | T | | | | | |
| 172.  Marriott Intl Inc New Cl A (MAR) | A | Dividend | K | T | | | | | |
| 173.  Mastercard Inc CL A (MA) | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 174.  Merck & Co Inc New Com (MRK) | B | Dividend | K | T | | | | | |
| 175.  Microsoft Corp (MSFT) | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 176.  Nike Inc B (NKE) | A | Dividend | K | T | | | | | |
| 177.  Oracle Corp (ORCL) | A | Dividend | K | T | Buy | 02/14/19 | K | | |
| 178.  Pepsico Inc NC (PEP) | A | Dividend | K | T | | | | | |
| 179.  Raytheon Co (New) (RTN) | A | Dividend | K | T | | | | | |
| 180.  Royal Caribbean Cruises LITD (RCL) | A | Dividend | J | T | | | | | |
| 181.  Stryker Corp (SKY) | | None | K | T | Buy | 10/16/19 | K | | |
| 182.  T-Mobile US Inc Com (TMUS) | | None | | | Sold | 01/04/19 | K | D | |
| 183.  Thermo Fisher Scientific (TMO) | A | Dividend | L | T | | | | | |
| 184.  Verizon Communications (VZ) | A | Dividend | K | T | Buy | 01/09/19 | K | | |
| 185.  United Parcel Ser Inc Cl B (UPS) | | None | | | Sold | 01/04/19 | K | | |
| 186.  Walmart Stores Inc (WMT) | B | Dividend | K | T | | | | | |
| 187.  Nextera Energy Capital (65339KAK6) | A | Interest | | | Redeemed | 09/16/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Goldman Sachs Group Inc (38148FAB5) | A | Interest | | | Redeemed | 10/23/19 | J | | |
| 189.  Omnicom Group Inc (682134AC5) | C | Interest | J | T | | | | | |
| 190.  Bank of America Corp (06051GFT1) | A | Interest | J | T | | | | | |
| 191.  Zoetis Inc (98978VAJ2) | A | Interest | J | T | | | | | |
| 192.  PSEG Power LLC (69362BAY8) | A | Interest | J | T | | | | | |
| 193.  Amgen Inc (031162BM1) | A | Interest | J | T | | | | | |
| 194.  Morgan Stanley (61746BED4) | A | Interest | J | T | | | | | |
| 195.  Oracle Corp (68389XAP0) | A | Interest | J | T | | | | | |
| 196.  Abbvie Inc (00287YAP4) | A | Interest | J | T | | | | | |
| 197.  Anheuser-Busch Inbev Financial (035242AL0) | A | Interest | J | T | Redeemed (part) | 04/25/19 | J | | |
| 198.  Citigroup Inc (172967HD6) | A | Interest | J | T | | | | | |
| 199.  International Paper Co (460146CJ0) | A | Interest | J | T | | | | | |
| 200.  Walgreens Boots Alliance Inc (931427AH1) | A | Interest | J | T | | | | | |
| 201.  Verizon Communications Inc (92343VEN0) | A | Interest | J | T | | | | | |
| 202.  21st Century Fox America, Inc (90131HBW4) | A | Interest | J | T | | | | | |
| 203.  American Intl Group (026874DH7) | A | Interest | J | T | | | | | |
| 204.  Wells Fargo & Company (94974BFY1) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Goldman Sachs Group Inc (38141GWB6) | | None | K | T | Buy | 10/24/19 | K | | |
| 206.  Nextra Energy Capital (65339KAT7) | A | Interest | K | T | Buy | 09/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,600 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burke, Liles C.** | 03/19/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt. or tax deffered, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 03/19/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Liles C. Burke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544